**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: RONALD BENDETTI**
**Bankruptcy Case No. 99-10143-6B7**
**Adversary No. 00-70**

---

**GENE T. CHAMBERS, Trustee,**
               **Appellant,**

**-vs-**                                          **Case No. 6:04-cv-1127-Orl-31KRS**

**RONALD BENDETTI,**
               **Appellee.**

---

**IN RE: RONALD BENDETTI**
**Bankruptcy Case No. 99-10143-6B7**
**Adversary No. 00-156**

**GENE T. CHAMBERS, Trustee,**
               **Appellant,**

                                            **Case No. 6:04-cv-1128-Orl-31DAB**

**RONALD BENDETTI,**
               **Appellee.**                               **(Consolidated)**

---

## ORDER

On January 21, 2005, the Appellee, Ronald Bendetti, filed a Motion for Bond (Doc. No. 37) following the Trustee's filing of a Notice of Appeal. On January 24, 2005, the Court granted the motion (Doc. No. 38) and directed the Trustee to file a surety bond in the amount of $1000.00, which the Trustee did on February 3, 2005. (Receipt Number 17410). The appeal was later dismissed (Doc. No. 40) and the Court entered a judgment against the Trustee for costs in the amount of $133.96. The case was closed.

On March 10, 2008, the Court issued an order (Doc. No. 54) directing the parties to file a response as to why the bond should not be discharged and returned to the Trustee. The Debtor has responded, arguing that the bond should be turned over to him (Doc. No. 55). The Trustee has not responded[1]. It is therefore

**ORDERED** that the clerk is directed to disburse the security bond in the amount of $1000.00 to Ronald Bendetti in care of his attorney, David McFarlin, 1851 West Colonial Drive, Orlando, Florida 32804.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 9, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] Counsel for the trustee telephoned the courtroom deputy indicating that the Trustee did not object to disbursing the bond to Ronald Bendetti and therefore would not be filing a written response to the Order.